IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AURELIA KING,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-0780-CG-M |
| ) | |
| **WAL-MART STORES, INC.,** ) | |
| **WILLIAM DARCY,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the court on plaintiff's motion to remand (Doc. 20) and defendants' response thereto (Doc. 22). The motion to remand included the following:

> 1. Plaintiff agrees not to seek judgment against Defendants in the Circuit Court of Dallas County, Alabama, in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interests and costs.

(Doc. 20). Defendant concedes that if the above is accepted as a statement by plaintiff, made subject to the provisions of FED.R.CIV.P 11, "it would appear that remand of this action to the Circuit Court of Dallas County is appropriate." (Doc. 22). The court finds that the above statement, submitted by plaintiff, is subject to Rule 11. Accordingly, plaintiff's motion to remand is **GRANTED** and this case is hereby **REMANDED to the Circuit Court of Dallas County**.

**DONE and ORDERED** this 30th day of June, 2005.

/s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

1